IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BAKARI H. GLYMPH-DOZIER and SOLOMON HILL, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>GRAPEVINE OF NORTH CAROLINA, INC. d/b/a GRAPEVINE DISTRIBUTORS OF THE CAROLINAS, and SCOTT A. COHEN,<br><br>Defendants. | CLASS ACTION<br><br>COLLECTIVE ACTION<br>29 U.S.C. § 216(b)<br><br>Civil Action No.:<br>1:21-cv-748-CCE-JEP |

**REVISED JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANTS**

Plaintiffs Bakari H. Glymph-Dozier and Solomon Hill (collectively "the two Plaintiffs") and defendants Grapevine of North Carolina, Inc. d/b/a Grapevine Distributors of the Carolinas and Scott A. Cohen (collectively referred to as "Grapevine" or "Defendants"[1])) jointly move the Court for entry of the stipulated order accompanying this Joint Motion preliminarily approving the class action settlement agreement (attached as **Exhibit 1**). The terms of settlement are set out in **Exhibit 2** attached to this Motion. A Declaration of Plaintiffs' Counsel Robert Willis in support of this Motion is attached as **Exhibit 3**. The Class Action Fairness Act (CAFA) Notices are attached as **Exhibit 4**.

---

[1] Grapevine or Defendants also includes the entire Grapevine enterprise including Grapevine Imports, LLC and Grapevine of South Carolina, Inc., and Grapevine of South Carolina, Inc. d/b/a Grapevine Distributors of the Carolinas.

**WHEREFORE** the parties respectfully request that the Court enter the proposed Order granting preliminary approval of the Settlement Agreement and granting the parties any other relief that the Court deems appropriate and necessary.

Respectfully submitted this the 11th day of October, 2022.

BY: /s/ Robert J. Willis
LAW OFFICE OF ROBERT J. WILLIS, P.A.
N.C. State Bar No. 10730
P.O. Box 1828
Pittsboro, NC 27312
Telephone: 919-821-9031
Facsimile: 919-821-1763
Email: rwillis@rjwillis-law.com
BY: /s/ Chris W. Haaf
CHRIS HAAF LAW PLLC
N.C. State Bar No. 46077
2806 Reynolda Road #123
Winston-Salem, NC 27106
Telephone: 336-354-7643
Email: chris@haaflegal.com
*Attorneys for Bakari H. Glymph-Dozier*
*and Solomon Hill, on behalf of themselves*
*and all other similarly situated persons*

/s/ J. Alexander S. Barrett
J. Alexander S. Barrett, Esquire
NC State Bar No. 12859
abarrett@haganbarrett.com
/s/ Kurt A. Seeber
Kurt A. Seeber, Esquire
NC State Bar No. 20110
kseeber@haganbarrett.com
HAGAN BARRETT PLLC
300 N. Greene Street, Suite 200
Greensboro, NC 27401
Telephone: 336-232-0650
Facsimile: 336-232-0651
*Attorneys for Grapevine of North*
*Carolina, Inc. d/b/a Grapevine Distributors*
*of the Carolinas and Scott A. Cohen*

2

## CERTIFICATE OF SERVICE

This is to certify that on October 11, 2022 the undersigned electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Dated: October 11, 2022.           Respectfully submitted,

                                   */s/ Chris W. Haaf*
                                   Chris W. Haaf
                                   *Counsel for Plaintiffs*
                                   E-mail: chris@haaflegal.com

3

Case 1:21-cv-00748-CCE-JEP    Document 39    Filed 10/11/22    Page 3 of 3