IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BAKARI H. GLYMPH-DOZIER and SOLOMON HILL, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>GRAPEVINE OF NORTH CAROLINA, INC. d/b/a GRAPEVINE DISTRIBUTORS OF THE CAROLINAS, and SCOTT A. COHEN, ,<br>Defendants. | CLASS ACTION<br><br>COLLECTIVE ACTION<br>29 U.S.C. § 216(b)<br><br>Civil Action No.:<br>1:21-cv-748-CCE-JEP |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANTS

Pursuant to Rule 23(e)(2), Fed.R.Civ.P., plaintiffs Bakari H. Glymph-Dozier and Solomon Hill acting on behalf of themselves and the similarly situated persons that they have been certified to represent by this Court's Orders of December 6 and December 22, 2022 (collectively "Plaintiffs") [Doc. 51 and Doc. 54] and defendants Grapevine of North Carolina, Inc. d/b/a Grapevine Distributors of the Carolinas and Scott A. Cohen (collectively referred to as "Grapevine" or "Defendants"[1])) jointly move the Court for entry of the stipulated order accompanying this Joint Motion to finally approve the class and collective action Final Settlement Agreement and Release filed with this Court [Doc. 53-1] and for approval of the Settlement Agreement and Releases signed by individual

---

[1] Grapevine or Defendants also includes the entire Grapevine enterprise including Grapevine Imports, LLC and Grapevine of South Carolina, Inc., and Grapevine of South Carolina, Inc. d/b/a Grapevine Distributors of the Carolinas.

claimants George Bostick[1] and Jarrett Grier [Doc. 60-2 and Doc. 60-3]. The terms of settlement are set out in the class and collective action Settlement Agreement and Release [Doc. 53-1] that has already been filed with the Court and in the Settlement Agreement and Releases signed by individual claimants George Bostick and Jarrett Grier [Doc. 60-2 and Doc. 60-3] that are attached to this Motion. *See also* Doc. 58-1 at 7-9 (¶¶ 15 and 17), Doc. 58-9 (Attorney timesheet for Robert J. Willis in connection with work for George Bostick and Jarrett Grier), Doc. 59-3 (Attorney timesheet for Chris W. Haaf in connection with work for George Bostick and Jarrett Grier), Plaintiffs' Exhibit 7 attached (Parties' Stipulation pursuant to Local Rule 54.1, MDNC, as to a reasonable attorneys' fee and costs due for work performed in connection with FLSA and NCWHA claims of Bostick and Grier), and Minute Entry for proceedings held before JUDGE CATHERINE C. EAGLES: Status Conference held on March 10, 2024. A Declaration of Class Counsel Robert J. Willis in support of this Motion has been filed with the Court as Doc. 58-1 together with the Exhibits that were filed in support of that Declaration. See Doc. 58-2 through Doc. 58-10. A scrivener's error in that Declaration and Doc. 58-3 and Document 58-4 has been corrected by Class Counsel in the attached Corrected Declaration of Class Counsel Robert J. Willis [Doc. 60-4].

WHEREFORE the parties respectfully request that the Court enter the proposed Order to grant final approval of the Final Settlement Agreement and Release, the Settlement Agreement and Releases signed by individual claimants George Bostick and

---

[2] Counsel for Plaintiffs are in the process of obtaining a signed Settlement Agreement and Release from Mr. Bostic and anticipate filing that signed agreement prior to the April 20, 2023 hearing. The attached is a copy of the unsigned agreement.

2

Jarrett Grier [Doc. 60-2 and Doc. 60-3], and to grant the parties any other relief that the Court deems appropriate and necessary.

Respectfully submitted this the 10th day of April, 2023.

BY: /s/ Robert J. Willis
LAW OFFICE OF ROBERT J. WILLIS, P.A.
N.C. State Bar No. 10730
P.O. Box 1828
Pittsboro, NC 27312
Telephone: 919-821-9031
Facsimile: 919-821-1763
Email: rwillis@rjwillis-law.com

BY: /s/ Chris W. Haaf
CHRIS HAAF LAW PLLC
N.C. State Bar No. 46077
2806 Reynolda Road #123
Winston-Salem, NC 27106
Telephone: 336-354-7643
Email: chris@haaflegal.com
Attorneys for Plaintiffs on behalf of themselves and all other similarly situated persons

/s/ J. Alexander S. Barrett
J. Alexander S. Barrett, Esquire NC
State Bar No. 12859
abarrett@haganbarrett.com
/s/ Kurt A. Seeber
Kurt A. Seeber, Esquire NC
State Bar No. 20110
kseeber@haganbarrett.com
HAGAN BARRETT PLLC
300 N. Greene Street, Suite 200
Greensboro, NC 27401
Telephone: 336-232-0650
Facsimile: 336-232-0651
Attorneys for Grapevine of North Carolina, Inc. d/b/a Grapevine Distributors of the Carolinas and Scott A. Cohen

3

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of April, 2023 the undersigned electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Dated: April 10, 2023.   Respectfully submitted,

/s/ Chris W. Haaf
Chris W. Haaf
Counsel for Plaintiffs
E-mail: chris@haaflegal.com